## ANDERSON *vs.* ROBINISON.

COMPLAINT FOR LAND, FROM LUMPKIN. Evidence. Deeds. ' (Before Judge Estes.).

Bladdford, J.—1. A sheriff's deed is not admissible in evidence where no judgment or action on which it was predicated is shown.

2. The plaintiff having failed to show a title, a verdict for the defend-- ant was proper.

Judgment affirmed.

Wier Boyd, for plaintiff in error.

W. F. Findley, for defendant.